1  Jack I. Jmaev (CA-SBN: 216,416)
   PURITAN LAW
2  500 N. STATE COLLEGE BLVD.,
       SUITE 1100
3  ORANGE, CA 92868
   Phone: 657-999-8929
4  Jack@PuritanLaw.com

5  Attorney for Plaintiffs
   DARREN MARINO; and MARK DEPIETRO.

6

7

8             IN THE UNITED STATES DISTRICT COURT
        FOR THE CENTRAL DISTRICT OF CALIFORNIA
9                     WESTERN DIVISION

| | |
|---|---|
| 10  DARREN MARINO; and<br>11  MARK DEPIETRO, | Case No.<br>          2:24-cv-05830-05830-JFW-MAR |
| 12           Plaintiffs, | Complaint Filed:<br>          July 11, 2024 |
| 13              vs. | Dept:        7A<br>Judge:       Hon. John F. Walters |
| 14  CHARLES CHUNHUA HUANG; | Magistrate:  Hon. Margo A. Rocconi |
| 15  PASACA CAPITAL INC.;<br>16  PASACA CAPITAL LLC; and<br>     CHARLES HUANG FOUNDATION | **PLAINTIFF MARINO AND DEPIETRO'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT CHARLES HUANG FOUNDATION PURSUANT TO FED. R. CIV PROC. Rule 41(a)(1)(A)(i)** |
| 17 | |
| 18           Defendants. | |
| 19 | |
| 20 | Date:        TBD<br>Time:        TBD |
| 21 | |
| 22 | First Street U.S. Courthouse<br>350 W 1st Street |
| 23 | Los Angeles, CA 90012-4565 |

24

25

26

27

28

                          1

1  Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure,

2  before service of an answer or motion for summary judgment in the above-

3  entitled case, Plaintiffs Marino and DePietro voluntarily dismiss from this action

4  Defendant CHARLES HUANG FOUNDATION and only CHARLES HUANG

5  FOUNDATION.

6

7    DATED September 4, 2024                 Respectfully submitted,
                                             /s/ Jack I. Jmaev
8                                            SBN 216,416
                                             Attorney for
9                                            Plaintiffs Marino and DePietro
                                             Puritan Law
10                                           500 N. State College Blvd.
                                             Suite 1100
11                                           Orange, CA 92868

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2:24-cv-05830 – Notice of Voluntary Dismissal of Defendant Charles Huang Foundation