**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | | |
|---|---|---|
| Case No. | **CV 24-5830-JFW(MARx)** | Date:  October 16, 2024 |
| Title: | Darren Marino, et al. -v- Charles Chunhua Huang, et al. | |

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**   ORDER TO SHOW CAUSE WHY PLAINTIFFS' COUNSEL SHOULD NOT BE SANCTIONED FOR FAILURE TO COMPLY WITH COURT ORDER

On September 18, 2024, Defendant Charles Chunhua Huang filed a Motion to Compel Arbitration and Motion to Dismiss Plaintiffs' First Amended Complaint, which was set for hearing on October 21, 2024. The Court's Standing Order (Docket No. 9) filed on July 12, 2024 provides in relevant part:

> Not more than two days after the deadline for filing the Reply, each party shall lodge a Proposed Statement of Decision, which shall contain a statement of the relevant facts and applicable law with citations to case law and the record. . . . Failure to lodge the Proposed Statement of Decision will result in the denial or granting of the motion.

Standing Order § 5(f).  The deadline for filing the Replies was 14 days before the date designated for the hearing of the motions or October 7, 2024.  Plaintiffs Darren Marino and Mark DePietro ("Plaintiffs"), however, failed to file the required Proposed Statement of Decisions on or before October 9, 2024.

Accordingly, lead counsel for Plaintiffs is ordered to show cause in writing by **October 18, 2024** why he should not be sanctioned in the amount of $2,500 for Plaintiffs' failure to comply with the Court's Standing Order. No oral argument on this matter will be heard unless otherwise ordered by the Court. See Fed. R. Civ. P. 78; Local Rule 7-15. The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the imposition of sanctions.

IT IS SO ORDERED.