JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **CV 24-5830-JFW(MARx)** | Date: October 31, 2024 |
| Title: | Darren Marino, et al. -v- Charles Chunhua Huang, et al. | |

**PRESENT:**
**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):    ORDER DISMISSING ACTION WITHOUT PREJUDICE**

On October 16, 2024, the Court granted Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint, and gave Plaintiffs leave to amend. The Court ordered Plaintiffs to file their Second Amended Complaint, if any, on or before October 25, 2024. As of October 30, 2024, Plaintiffs have failed to file a Second Amended Complaint. Accordingly, in light of Plaintiffs' failure to file a Second Amended Complaint, this action is **DISMISSED without prejudice.**

IT IS SO ORDERED.